| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>THOMAS J. O'REARDON II (247952)<br>JAMES M. DAVIS (301636)<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br>tblood@bholaw.com<br>toreardon@bholaw.com<br>pbrown@bholaw.com<br>abucci@bholaw.com<br><br>Attorneys for Plaintiffs | KING & SPALDING LLP<br>MATTHEW H. DAWSON (307350)<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Tel: 415/318-1200<br>415/318-1300 (fax)<br>mdawson@kslaw.com<br><br>KING & SPALDING LLP<br>John P. Hooper (*pro hac vice*)<br>Eric F. Gladbach<br>1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036<br>Tel: 212/556-2220<br>jhooper@kslaw.com<br>egladbach@kslaw.com |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MARIE KOBUS, NIESHA LEWIS, MARY DEVANEY SHERENGO, ERNELL VANCE, and NICOLE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY, a Delaware corporation,<br><br>Defendants. | Case No. 4:25-cv-00770-HSG<br><br>**STIPULATION REGARDING EXTENSION OF TIME; ORDER** (as modified)<br><br>**CLASS ACTION**<br><br>District Judge Haywood S. Gilliam, Jr.<br>Courtroom 2 – 4th Floor<br><br>Complaint Filed:   January 22, 2025<br>Trial Date:           Not Yet Set<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Civil Local Rules 6-2(b) and 7-12, Plaintiffs Marie Kobus, Niesha Lewis, Mary Devaney Sherengo, Ernell Vance, Nicole Davis (collectively, "Plaintiffs") and Defendant The Procter & Gamble Company ("Defendant," and together with Plaintiffs, the "Stipulating Parties") submit this stipulated request for an order extending the deadline for Plaintiffs to file an amended complaint, extending the deadline for the Stipulating Parties to file a joint case management statement, and continuing the initial Case Management Conference, so that the parties may explore a potential individual resolution.

WHEREAS, the Plaintiffs filed their class action Complaint on January 22, 2025 (ECF No. 1) (the "Complaint");

WHEREAS, Defendant filed a motion to dismiss the Complaint on May 22, 2025 (ECF No. 30);

WHEREAS, this Court granted in part and denied in part Defendant's motion to dismiss the Complaint on January 26, 2026; ordered that any amended complaint be filed within 21 days, which is February 16, 2026; ordered the Stipulating Parties to file a joint case management statement by February 17, 2026; and set a case management conference on February 24, 2026 at 2:00 p.m. (ECF No. 36); and

WHEREAS, the Stipulating Parties are exploring a potential individual resolution, and in light of this development, respectfully request that the Court extend the deadline for Plaintiffs to file an amended complaint and set a new case management schedule as set forth below.

**IT IS HEREBY STIPULATED AND AGREED** by the Stipulating Parties, subject to the approval of the Court, that (1) Plaintiffs' deadline to file an amended complaint shall be continued to March 18, 2026; (2) the Stipulating Parties' deadline to file their joint case management statement

///
///
///
///
///
///

1  shall be continued to March 24, 2026; and (3) the initial Case Management Conference shall be
2  continued to April 7, 2026, or a date after April 7, 2026, that is convenient for the Court.
3                                    Respectfully submitted,
4  Dated: February 12, 2026          BLOOD HURST & O'REARDON, LLP
                                     TIMOTHY G. BLOOD (149343)
5                                    THOMAS J. O'REARDON II (247952)
                                     JAMES M. DAVIS (301636)
6

7                                    By:        s/ Timothy G. Blood
                                            TIMOTHY G. BLOOD
8
                                     501 West Broadway, Suite 1490
9                                    San Diego, CA  92101
                                     Tel: 619/338-1100
10                                   619/338-1101 (fax)
                                     tblood@bholaw.com
11                                   toreardon@bholaw.com
                                     jdavis@bholaw.com
12
                                     *Attorneys for Plaintiffs*
13

14
    Dated: February 12, 2026         KING & SPALDING LLP
15                                   MATTHEW H. DAWSON (307350)

16
                                     By:        s/ Matthew H. Dawson
17                                          MATTHEW H. DAWSON

18                                   50 California Street, Suite 3300
                                     San Francisco, CA  94111
19                                   Tel: 415/318-1200
                                     415/318-1300 (fax)
20                                   mdawson@kslaw.com

21                                   KING & SPALDING LLP
                                     John P. Hooper (*pro hac vice*)
22                                   Eric F. Gladbach
                                     1185 Avenue of the Americas, 34th Floor
23                                   New York, NY  10036
                                     Tel: 212/556-2220
24                                   jhooper@kslaw.com
                                     egladbach@kslaw.com
25
                                     *Attorneys for Defendant*
26

27

28

                                     2                Case No. 4:25-cv-00770-HSG
                        STIPULATION REGARDING EXTENSION OF TIME

00232231

## L.R. 5-1 ATTESTATION

I, Timothy G. Blood, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: February 12, 2026     By:     *s/ Timothy G. Blood*
                                      TIMOTHY G. BLOOD

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The cmc will be held on 4/7/2026 at 2 p.m. via zoom. The Zoom information and instructions remain the same as previously provided in docket no. 20.

Dated: 2/12/2026

_____
HON. HAYWOOD S. GILLIAM, JR.